**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Billy J. PEACOCK, Defendant–Appellant.**

No. 05–40127

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 10, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Billy J. Peacock, Mathiston, MS, pro se.

John Dudley Williams, Aberdeen, MS, Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Counsel for Billy J. Peacock has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Peacock has not filed a response. Our review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.